■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE ALLEN, Appellant.—Judgment of the County Court, Dutchess County, rendered November 24, 1976, affirmed. No opinion. This case is remitted to the County Court, Dutchess County, for further proceedings pursuant to CPL 460.50 (subd 5). Cohalan, J. P., Titone, Hawkins and Suozzi, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY V. CHARMONT, Appellant.—Judgment of the County Court, Nassau County, rendered October 15, 1976, affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Hopkins, J. P., Latham, Margett and Rabin, JJ., concur.